IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BARBRA COLLINS, AMY C. DUDLEY, and
DONALD J. SOBERY

_____,
      Plaintiff(s),

v.                                       Case No._____

STATE OF TENNESSEE, and TRE HARGETT
in his official capacity as Tennessee
Secretary of State_____,
      Defendant(s).

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __Plaintiff Barbra Collins__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>**

[x] This party is an individual, who resides in __Tennessee__.

[ ] This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

[ ] This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

[ ] This party has parent corporations

      If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[ ] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: March 31, 2022    Signature: s/Autumn L. Gentry

                                     Printed Name: Autumn L. Gentry

                                     Title: Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

# CERTIFICATE OF SERVICE

      I hereby certify that on this 31ST day of March 2022, a true and exact copy of the foregoing has been served via U.S. Mail upon:

| | |
|---|---|
| State of Tennessee<br>c/o Attorney General<br>500 Charlotte Avenue<br>Nashville, TN 37219 | Tre Hargett, Tennessee Secretary of State<br>c/o Attorney General<br>500 Charlotte Avenue<br>Nashville, TN 37219 |

/s/ Autumn L. Gentry
Autumn L. Gentry