IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BARBRA COLLINS, AMY C. DUDLEY, and DONALD J. SOBERY, <br><br> PLAINTIFFS, <br><br> V. <br><br> STATE OF TENNESSEE, and TRE HARGETT in *his official capacity as Tennessee Secretary of State*, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3-22-CV-225 <br> ) <br> ) <br> ) Judge Richardson <br> ) Magistrate Judge Frensley <br> ) |

## STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Barbra Collins, Amy C. Dudley, and Donald J. Sobery, and Defendants State of Tennessee and Tre Hargett, in his official capacity as Tennessee Secretary of State, by and through their respective counsel of record, stipulate to dismiss this action without prejudice.

DICKINSON WRIGHT PLLC

*/s/ Autumn L. Gentry*
Autumn L. Gentry #20766
424 Church Street, Suite 800
Nashville, TN 37219-2392
(615) 620-1757 phone
agentry@dickinsonwright.com

Charles R. Spies *Pro Hac Vice*
District of Columbia Bar #989020
1825 Eye St., Ste. #900
Washington, D.C. 20006
Tel: (517) 371-1730
Fax: (844) 670-6009
cspies@dickinsonwright.com

*Counsel for Plaintiffs*

HERBERT H. SLATERY III
Attorney General and Reporter

*/s/ Janet M. Kleinfelter*
Janet M. Kleinfelter #13889
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
Nashville, TN 37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the following were served via the Court's Electronic Case Filing (ECF) System:

Janet M. Kleinfelter
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

Dated: June 14, 2022

*s/ Autumn L. Gentry*
Autumn L. Gentry

4861-7483-0117 v1 [101020-1]