# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Barbra Collins, et al.

                          Plaintiff,

v.                                                                 Case No.: 3:22–cv–00225

State of Tennessee, et al.

                          Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/12/2022 re [25].

                                                                Lynda M. Hill
                                                  s/ Brandon Skolnik, Deputy Clerk